**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AUTOMOTIVE INDUSTRIES PENSION TRUST FUND**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOSEPH A SILVA, JR.,** *Individually, dba Custom Alignment-Balance and Brakes and/or Custom Alignment*, <br><br> **Defendant.** | Case No.:  14-CV-0213 YGR <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled.  (Dkt. No. 23.)  Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, August 8, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

1    This Order terminates Dkt. No. 23.

2    **IT IS SO ORDERED**.

4    Date:  July 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**